UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Michael Miles**, <br><br> Plaintiff, <br><br> v. <br><br> **Tyrone-Hills of Michigan, Inc.,** a Michigan corporation for profit, <br><br> Defendant. | Case No. 2:17-cv-10616 <br><br> Judge Gershwin A. Drain |

## STIPULATION

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

| | |
|---|---|
| */s/ Owen B. Dunn , Jr.* <br> Owen B. Dunn , Jr. (P66315) <br> Law Offices of Owen Dunn, Jr. <br> 4334 W. Central Avenue <br> Suite 222 <br> Toledo, OH 43615 <br> 419-241-9661 <br> 419-241-9737 (fax) <br> dunnlawoffice@sbcglobal.net <br><br> *Counsel for Plaintiff* | */s/ Martin J. Leavitt* <br> Martin J. Leavitt (P16489) <br> Sullivan & Leavitt, PC <br> P.O. Box 5490 <br> Northville, MI 48167 <br> 248-349-3980 <br> 248-349-2810 (fax) <br> mjl@sullivanleavitt.com <br><br> *Counsel for Defendant* |

It is so **ORDERED.**

**Dated: July 12, 2017**          **/s/Gershwin A Drain**
                                   Honorable Gershwin A. Drain